**Order entered February 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

---

**No. 05-21-00382-CV**

---

**SHYLA RYAN, Appellant**

**V.**

**VVSN HOLDING, LLC, IND. AND D/B/A THUNDERBIRD
APARTMENTS, INFINITY PM, LP, IND. D/B/A/ THUNDERBIRD
APARTMENTS, MAC LAMAR MANAGEMENT LLC, IND.
AND D/B/A THUNDERBIRD APARTMENTS, Appellees**

---

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-13256**

---

**ORDER**

Before the Court is appellees' February 3, 2022 joint unopposed second motion for an extension of time to file their respective briefs. We **GRANT** the motion and extend the time to **March 9, 2022**.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE